UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OMEGA SMITH,

    Plaintiff,

v.    CASE NO. 3:10-CV-00317-J-32JBT

VICKI BEASLEY, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion for Entry of Confidentiality Order (Doc. 37). A proposed confidentiality order is attached to the Joint Motion. (*See* Doc. 37-1.)

The Court finds good cause exists for the entry of a confidentiality order in this case. However, in accordance with the policy of the Middle District of Florida, when a party seeks to file a document under seal, the Court shall determine the matter upon motion by the party. *See, e.g.*, *United States v. Baez-Alcaino*, 718 F. Supp. 1503, 1506-07 (M.D. Fla. 1989). Any such motion must conform with Local Rule 1.09, which sets forth the procedures to be followed when a party seeks to file motions to seal. *See* M.D. Fla. R. 1.09. Therefore, the Court has modified paragraphs 5 and 10 of the proposed confidentiality order.

Accordingly, it is **ORDERED**:

The Joint Motion for Entry of Confidentiality Order (**Doc. 37**) is **GRANTED in part**. A separate Confidentiality Order will be entered immediately.

1

**DONE AND ORDERED** at Jacksonville, Florida, on November 16, 2010.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:   Counsel of Record