**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

OMEGA SMITH,

        Plaintiff,

vs.                                                   Case No. 3:10-cv-317-J-32JBT

VICKI BEASLEY, et al.,

        Defendants.

## ORDER

This case is before the Court on defendants' Motion to Dismiss and plaintiff's response thereto. The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 49), recommending that defendants' Motions to Dismiss (Doc. 27 and 32) be denied. Upon independent review of the file, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 49) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Defendants' Motions to Dismiss (Doc. 27 and 32) are **DENIED**.

3. Plaintiff's Unopposed Motion to File Amendment to Plaintiff's First Amended Complaint (Doc. 54) is **GRANTED.** However, the new amendment should be filed as a Second Amended Complaint.

4. No later than **March 24, 2011**, plaintiff shall file its Second Amended Complaint.

5. No later than **April 15, 2011,** defendants shall file their answers to the Second

Amended Complaint.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of March, 2011.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record